FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 FEB 24 PM 12: 50

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:11CR36 |
| Plaintiff, ) | |
| ) | |
| vs. ) | INDICTMENT |
| ) | (21 U.S.C. § 846) |
| JULIE PAPPAS, ) | |
| ) | |
| Defendant. ) | |

The Grand Jury Charges:

### COUNT I

Beginning from an unknown date but at least as early as on or about January 1, 2010, and continuing through on or about September 21, 2010, in the District of Nebraska and elsewhere, JULIE PAPPAS, defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ROBERT C. SIGLER
Assistant U.S. Attorney